UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Shaun Nicholas Carson Moore

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Jason VanDyken, Kyle Rice, James Mahoney, Kitty Buchner, Brad Baulk

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
February 6, 2023 1:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB / 2/6

**1:23-cv-140**
**Ray Kent**
**U.S. Magistrate Judge**

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?   Yes ☐   No ☑

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision?   Yes ☐   No ☑

4. Is the appeal still pending?   Yes ☐   No ☑

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑   No ☐

   a. If so, explain: _I was assulted by an officer with excessive force_

(W.D. Mich. Form – Last Revised: September 2021)

II.  **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff ___Shawn Moore___

Place of Present Confinement ___Parnell (MDOC)___

Address ___1790 parnell st   Jackson MI 49201___

Place of Confinement During Events Described in Complaint ___650 E Main st  St Joseph County Jail  Centreville MI 49032___

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 ___Jason Vandyken___

Position or Title ___Officer___

Place of Employment ___650 E Main St Joseph County Jail Centreville M.I.___

Address ___49032___

Official and/or personal capacity? _____

Name of Defendant #2 ___Kyle Rice___

Position or Title ___Officer___

Place of Employment ___St Joseph County Jail___

Address ___650 E main St Joseph County Centreville MI 49032___

Official and/or personal capacity? _____

Name of Defendant #3 ___James Mahoney___

Position or Title ___No longer works at St Joseph County Jail___

Place of Employment ___Unknown___

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(W.D. Mich. Form – Last Revised: September 2021)

## ST. JOSEPH COUNTY SHERIFF'S OFFICE
### STATEMENT FORM

Name Shawn N C Moore          Date May 7, 2020
(first)   (middle)   (last)

Address _____

_____

Telephone _____   Date of Birth 3/19/1988

I do swear or affirm that the information in the following statement is the truth to the best of my knowledge.

On May 7 2022 I Shawn Moore made statements since 8:00 this morning I've required to talk with the sgt Jim Hasebrook. Since the 26th I've complained about belligerent outburst of disrespect coming from officer VANDYKE I've tried several time to resolve the dispute but to No Avail on todays date at about May 7 11:30 - 12:30 me and this officer exchanged words that led to utter disrespect that I could No longer contain my verbal aggression I then hit the emergency button and requested officer Rice to possible get ahold of the situation as well as a Sgt so that things wouldn't progress again. I was ignored to my understanding and time went by at around 4:30 meal time officer VanDyke made gestures of disrespect saying things like Im Ol bitch also

Signature Shawn Nicholas Ausar-Moore    Officer's Signature _____
Shawn nicholas are sun moore

## ST. JOSEPH COUNTY SHERIFF'S OFFICE
### STATEMENT FORM

Name Shawn N C Moore    Date May 7 2022
   (first)  (middle)  (last)

Address _____

_____

Telephone _____    Date of Birth 3/19/1985

I do swear or affirm that the information in the following statement is the truth to the best of my knowledge.

that Im a sissy so I commenced to yell
back at him slurs of disrespect. they handed
my trey through the slot I took it and
walked away and as I walked away I noticed
my trey wasnt a full serving as well as another
guds trey was the same he connected the other
inmate but not mine so I demanded to speak
to a sgt I step up to the door set my trey
on the slot and requested to see a sgt he then told
me remove my trey and I asked can you fix my
trey he stated remove my trey first I presumed
to remove my trey and he slamed the slot door shut
causing it to jam my broken finger As he walked
away I immediatly set my trey down and kicked the
door several times before I notice I broke
my___

Signature _____    Officer's Signature _____

**ST. JOSEPH COUNTY SHERIFF'S OFFICE**
**STATEMENT FORM**

Name Shawn N C Moore     Date May 7 2022
    (first)    (middle)    (last)

Address _____

_____

Telephone _____     Date of Birth 3/9/1985

I do swear or affirm that the information in the following statement is the truth to the best of my knowledge.

the whole incident I am request assult
Charged as I feel inchangle for my life
for this is not the first attent on my well
being I ask that charges be sought out
as well as a lawsuite I do not feel
Comfortable around st peseph countys first
shift Deputys or Advisers

I Shawn Moore want to
press charges of Assult and
Strangletion against Officer
Nan Moore

Sherri
Signature                    Officer's Signature

## IV. Relief

State briefly and precisely what you want the court to do for you.

Put a full investigation on the 3 known assult charges done by the St Joseph county, Compensation for lost eevenue and Mental and emotional as well as physical assult compensation Instability caused in the access of 1 to 2 million dollars to cover all bills and court fines and mental help counseling

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

1-29-2023
**Date**

Shaun Moore
**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Prisoner Name: Shaun Moore

Prisoner Number: 506916

PARNALL CORRECTIONAL FACILITY
1790 E. Parnall Rd.
Jackson, MI 49201-7139



US POSTAGE PB PITNEY BOWES

ZIP 49201
02 4W
0000386677 FEB 02 2023

$ 000.84

US District Court
399 Federal Building
110 Michigan St NW
Grand Rapids MI 49503