UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

SHAUN NICHOLAS MOORE #506916

       Plaintiff,

v.

       Case No: 1:23-cv-140

JASON VANDYKEN,

       HON. ROBERT J. JONKER

       Defendant.
_____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 11, 2025 (ECF No. 28). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 25) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:   March 4, 2025        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE